**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RICARDO DELGADO, | Case No. EDCV 15-01228-JAK (KES) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| FRED FIGUEROA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: March 18, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE